**Order filed April 28, 2015**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00440-CR

———————

## EX PARTE VIDAL ALEXANDER REYES, Appellant

**On Appeal from the County Criminal Court at Law No. 10
Harris County, Texas
Trial Court Cause No. 1946698**

## ORDER

This court has determined that it must review the exhibits admitted at trial.

The court reporter for the County Criminal Court at Law No. 10 is directed to deliver to the clerk of this court the exhibits admitted at trial, on or before **May 12, 2015.**

PER CURIAM